UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ALETTI GESTIELLE SGR S.p.A., ITALFORTUNE        :   No. 08 Civ. _____
INTERNATIONAL FUND and NOVARA                   :
AQUILONE SICAV,                                 :
                                                :   **DISCLOSURE**
                                                :   **STATEMENT PURSUANT**
                Plaintiff,                      :   **TO FED. R. CIV. P. 7.1(a)**
                                                :
        - v. -                                  :
                                                :
VIVENDI, S.A., JEAN-MARIE MESSIER               :
and GUILLAUME HANNEZO,                          :
                                                :
                Defendants.                     :

-------------------------------------------------------x




    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Novara Aquilone SICAV, a private non-governmental party, certifies that the following are corporate parents or publicly held corporations that own 10% or more of its stock:

- Banco Popolare di Verona e Novara (Luxembourg) S.A., and
- Banco Popolare.

Dated: January 25, 2008

By:

LABATON SUCHAROW LLP

/s/ Lawrence A. Sucharow

Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile:  212-818-0477

*Attorneys for Plaintiffs Aletti Gestielle SGR S.p.A., Italfortune International Fund and Novara Aquilone SICAV*