UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 00908**

---------------------------------------------------------------x

ALETTI GESTIELLE SGR S.p.A., ITALFORTUNE : No. 08 Civ. _____
INTERNATIONAL FUND and NOVARA :
AQUILONE SICAV, :
: **DISCLOSURE**
: **STATEMENT PURSUANT**
Plaintiff, : **TO FED. R. CIV. P. 7.1(a)**
:
- v. - :
:
VIVENDI, S.A., JEAN-MARIE MESSIER :
and GUILLAUME HANNEZO, :
:
Defendants. :

---------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Aletti Gestielle SGR S.p.A., a private non-governmental party, certifies that the following are corporate parents or publicly held corporations that own 10% or more of its stock:

- Banco Popolare Soc. Coop.,

- Holding di Partecipazioni Finanziarie Popolare di Verona E Novara S.p.A.,

- Bipitalia Gestioni SGR S.p.A., and

- Credito Bergamasco S.p.A.

Dated: January 25, 2008

LABATON SUCHAROW LLP

By: *[signature]*

Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile:  212-818-0477

*Attorneys for Plaintiffs Aletti Gestielle SGR S.p.A., Italfortune International Fund and Novara Aquilone SICAV*