

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

ALETTI GESTIELLE SGR S.p.A., ITALFORTUNE : No. 08 Civ. _____
INTERNATIONAL FUND and NOVARA           :
AQUILONE SICAV,                          : DISCLOSURE
                                         : STATEMENT PURSUANT
            Plaintiff,                   : TO FED. R. CIV. P. 7.1(a)
                                         :
    - v. -                               :
                                         :
VIVENDI, S.A., JEAN-MARIE MESSIER        :
and GUILLAUME HANNEZO,                   :
                                         :
            Defendants.                  :

———————————————————————x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Italfortune International Fund, a private non-governmental party, certifies that the following are corporate parents or publicly held corporations that own 10% or more of its stock:

- Banca Popolare di Lodi
- Banco Popolare, and
- Bipielle Network.

Dated: January 25, 2008

By:

LABATON SUCHAROW LLP

*signature*

Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile:  212-818-0477

*Attorneys for Plaintiffs Aletti Gestielle SGR, S.p.A., Italfortune International Fund and Novara Aquilone SICAV*