USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ALETTI GESTIELLE SGR S.p.A., ITALFORTUNE   :   No. 08 Civ. 00908 (RJH)
INTERNATIONAL FUND and NOVARA
AQUILONE SICAV,
  :

                  Plaintiff,   :

      - v. -   :

VIVENDI, S.A., JEAN-MARIE MESSIER   :
and GUILLAUME HANNEZO,
  :

            Defendants.

------------------------------------------------------------x

RECEIVED
APR 29 2008
CHAMBERS OF
RICHARD J. HOLWELL

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure, the above-entitled action be dismissed with prejudice, the

parties to bear their respective costs, including any possible attorneys' fees or other expenses of

this action.

Dated: New York, New York
       April 28, 2008

LABATON SUCHAROW LLP

By: _____
      Mark S. Arisohn (MA-2364)
      Eric J. Belfi (EB-8895)
      Javier Bleichmar (JB-0435)
      140 Broadway
      New York, New York 10005
      Telephone: 212-907-0700
      Facsimile:  212-883-7056

      Attorneys for Plaintiffs
      ALETTI GESTIELLE SGR S.p.A.,
      ITALFORTUNE INTERNATIONAL
      FUND and NOVARA AQUILONE SICAV

**SO ORDERED:**

_____
      U.S.D.J.
      4/22/08

CRAVATH, SWAINE & MOORE LLP

By: 
Paul C. Saunders
Daniel Slifkin
Michael T. Reynolds
Timothy G. Cameron
825 Worldwide Plaza
New York, New York 10019
Telephone: 212-474-1000

*Counsel for Defendant Vivendi, S.A.*


WEIL, GOTSHAL & MANGES LLP


By: _____
James W. Quinn
Jonathan D. Polkes
Penny P. Reid
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000

*Counsel for Defendant Vivendi, S.A.*


KING & SPALDING


By: _____
Michael J. Malone
Lisa Albert
1185 Avenue of the Americas
New York, New York 10036
Telephone: 212-556-2100

*Counsel for Defendant Jean-Marie Messier*

CRAVATH, SWAINE & MOORE LLP

By: _____
Paul C. Saunders
Daniel Slifkin
Michael T. Reynolds
Timothy G. Cameron
825 Worldwide Plaza
New York, New York 10019
Telephone: 212-474-1000

*Counsel for Defendant Vivendi, S.A.*

WEIL, GOTSHAL & MANGES LLP

By: _____
James W. Quinn
Jonathan D. Polkes
Penny P. Reid
767 Fifth Avenue
New York, New York 10153
Telephone: 212-310-8000

*Counsel for Defendant Vivendi, S.A.*

KING & SPALDING

By: _Michael J. Malone / JAC_
Michael J. Malone
Lisa Albert
1185 Avenue of the Americas
New York, New York 10036
Telephone: 212-556-2100

*Counsel for Defendant Jean-Marie Messier*