USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
ALETTI GESTIELLE SGR S.p.A., ITALFORTUNE : No. 08 Civ. 00908 (RJH)
INTERNATIONAL FUND and NOVARA
AQUILONE SICAV,

               Plaintiff,

- v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

               Defendants.
-----------------------------------x


RECEIVED APR 29 2008
CHAMBERS OF
RICHARD J. HOLWELL

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GUILLAUME HANNEZO

Plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss all causes of action in the complaint as to defendant Guillaume Hannezo ("Hannezo") without prejudice. Defendant Hannezo has not answered the complaint.

Plaintiffs have entered into a stipulation of dismissal with respect to all other defendants pursuant to Rule 41(a)(1)(A)(ii), concurrently filed herewith. Defendant Hannezo refused to enter into said stipulation on the grounds that service of process has not been completed upon him in France and he has not appeared in this action.

Dated: New York, New York
April 28, 2008

LABATON SUCHAROW LLP

By: _____
Mark S. Arisohn (MA-2364)
Eric J. Belfi (EB-8895)
Javier Bleichmar (JB-0435)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-883-7056

SO ORDERED:
_____
U.S.D.J.
4/28/08